| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ALBERT FLOWERS, JR., §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　CIVIL ACTION NO. 1:17-CV-460
　　　　　　　　　　　　　　§
LATIGDRA BROWN, et al., §
　　　　　　　　　　　　　　§
　　　　　Defendants §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Albert Flowers, Jr., a former inmate confined at FCI Beaumont Low, proceeding *pro se* and *in forma pauperis*, filed this *Bivens*-type[1] action against defendants Latigdra Brown, FNU Lucas, Margarita Laguna, and FNU Bowers.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the civil action as frivolous and for failure to state a claim (docket entry no. 38).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

---

[1] In *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), the Supreme Court recognized an individual's right to recover damages from federal officials for violation of constitutional rights.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 23rd day of March, 2021.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE